# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENZETTI, INC.** | : | Civil Action No.  05-cv-1141 |
| Plaintiff, | : | |
| v. | : | |
| **DYNA-KING, INC.** | : | |
| Defendant | : | |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, **RENZETTI, INC.**  by and through its undersigned counsel, hereby moves this Court under Rule 41.1(b) of the Local Rules of Civil Procedure for the dismissal of the action without prejudice against **DYNA-KING, INC.** on the grounds that the parties have resolved their dispute and have entered into a Settlement Agreement dated September 6, 2005.

                                                                                       Respectfully submitted,

                                                                                       **EUGENE E. RENZ, JR., P.C.**

Dated: October 26, 2005                       */Eugene E. Renz, Jr./*
                                                                       **EUGENE E. RENZ, JR.**
                                                                       Attorney for Plaintiff
                                                                       **RENZETTI, INC.**
                                                                       205 North Monroe Street
                                                                       Post Office Box 2056
                                                                       Media, PA 19063-9056
                                                                       Phone:  (610) 565-6090
                                                                       Fax:    (610) 566-9790
                                                                       e-mail: renzassoc@earthlink.net

F:\idx90-\24186\plaintiffsmotiontodismiss.001